UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                              :
DANIEL DE OLIVEIRA,                      :

                      Plaintiff,       :

           - against -              :        25-CV-1683 (VSB)

TENET HEALTHCARE, *et al.*,      :

                    Defendants.  :

------------------------------------------------------------X

DANIEL DE OLIVEIRA,                      :

                      Plaintiff,       :

           - against -              :        25-CV-1692 (VSB)

PAKIS, GIOTES, BURLESON &
DEACONSON, P.C., *et al.*,        :

                    Defendants.  :

------------------------------------------------------------X

DANIEL DE OLIVEIRA,                      :

                      Plaintiff,       :

           - against -              :        25-CV-1753 (VSB)

VALLEY BAPTIST REALTY COMPANY,
LLC, *et al.*,                            :

                    Defendants.  :

```
-----------------------------------------------------------X
                                                           :
DANIEL DE OLIVEIRA,                                        :
                                                           :
                                Plaintiff,                 :
                                                           :
        - against -                                        :
                                                           :
                                                           :       25-CV-1754 (VSB)
                                                           :
VHS HARLINGEN HOSPITAL COMPANY,                            :
L.L.C., et al.,                                            :
                                                           :
                                Defendants.                :
                                                           :
                                                           :
                                                           :
-----------------------------------------------------------X
                                                           :
DANIEL DE OLIVEIRA,                                        :
                                                           :
                                Plaintiff,                 :
                                                           :
        - against -                                        :       25-CV-1868 (VSB)
                                                           :
                                                           :
JAMS,                                                      :
                                                           :
                                Defendant.                 :
-----------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

Before me is pro se Plaintiff's notice regarding a request by Tenet Healthcare Corporation, VHS Harlingen Hospital Company, LLC, and Valley Baptist Realty Company, LLC (collectively, the "Valley Baptist Defendants") to schedule (1) an Initial Case Management Conference, (2) an oral argument regarding the pending motions to dismiss and motions for sanctions, and (3) a pre-motion conference regarding an anticipated motion for sanctions. (Doc. 420-1.)

At this time, I will not be holding a conference for the pending motions or a pre-motion

2

conference regarding an anticipated motion for sanctions. To the extent that the Valley Baptist Defendants anticipate filing a motion for sanction, they are, of course, able to make those motions on the public docket and we will have standard briefing. To the extent the parties request an initial case management conference, such requests shall be made to Magistrate Judge Stein, who has been referred all general pretrial matters for the consolidated actions.

SO ORDERED.

Dated: September 12, 2025
      New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge